IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00758-D-RN

DIANE MOORE, AS PERSONAL )
REPRESENTATIVE OF THE ESTATE )
OF DENNIS MOORE, )
)
      Plaintiff, )
)    **ORDER**
      v. )
)
UNITED STATES OF AMERICA, )
)
      Defendant.

Before the Court is the unopposed motion to substitute Diane M. Moore, as Personal Representative of the Estate of Dennis P. Moore, in lieu of the recently deceased Plaintiff Dennis Moore, and to amend the caption in this action to reflect the requested substitution. Dkt. 15. For good cause shown, and pursuant to Fed. R. Civ. P. 25(a), the Motion is GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

(1) That Diane M. Moore, as Personal Representative of the Estate of Dennis Moore, is hereby substituted as Plaintiff in this action in place of Plaintiff Dennis Moore;

(2) That the caption is hereby amended, and all further filings shall reflect the caption appearing on this order.

SO ORDERED, this 18 day of June, 2024.

                                                                      JAMES C. DEVER III
                                                                       United States District Judge